TDCJ Offender Details     83,018 01     Page 1 of 2

**★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home     New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 08069590 |
| **TDCJ Number:** | 01842363 |
| **Name:** | BALTRIP,HENRY ALLEN |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1990-02-22 |
| **Maximum Sentence Date:** | 2020-02-21 |
| **Current Facility:** | STILES |
| **Projected Release Date:** | 2016-02-08 |
| **Parole Eligibility Date:** | 2013-12-12 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2007-12-01 | POSS PROH WPN | 2008-07-11 | HARRIS | 1143986 | 2-00-00 |
| 2012-11-02 | POSS COCAINE 4- | 2013-02-26 | HARRIS | 136677301010 | 7-00-00 |